FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY LEPIRE,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | No. 2:17-CV-00108-SMJ<br><br>**ORDER DISMISSING CASE** |

      Before the Court is Plaintiff Cory LePire's Motion for Dismissal, ECF No. 12. Having reviewed the pleadings and file in this matter, the Court is fully informed and grants Plaintiff's motion. Accordingly, **IT IS HEREBY ORDERED:**

    **1.**    Plaintiff's Motion for Dismissal, **ECF No. 12**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2